IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-00062-D

| | |
|---|---|
| SEANTOYA HINTON, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. VILSACK, Secretary of the United States Department of Agriculture, <br><br> Defendant. | **ORDER** |

This matter is before the Court on the Joint Motion of the parties for entry of an Order modifying the Scheduling Order [D.E. 14]. For good cause shown, the Motion is GRANTED and the Scheduling Order is modified as follows:

1. All discovery shall be completed by March 3, 2022.

2. All potentially dispositive motions shall be filed by April 31, 2022.

The remainder of the Scheduling Order remains unchanged.

SO ORDERED. This the 2 day of February, 2022.

JAMES C. DEVER III
United States District Court Judge