IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00062-D

| | |
|---|---|
| SEANTOYA HINTON, | ) |
| PLAINTIFF, | ) |
| | ) ORDER |
| V. | ) |
| THOMAS J. VILASACK, Secretary of the United States Department of Agriculture, | ) |
| DEFENDANT. | ) |

This matter comes before the Court on the parties' Joint Motion to Stay Discovery, pursuant to Rule 26(c).

For good cause shown, the motion is GRANTED.

It is FURTHER ORDERED that all discovery is stayed through October 14, 2022. If the case is not dismissed prior to August 26, 2022, the parties will by that same date file a Status Update presenting their proposals for entry of a new Scheduling Order, addressing resumption of discovery, a deposition schedule, and motions to address any issues the parties are unable to resolve.

SO ORDERED. This 1 day of July 2022.

JAMES C. DEVER III
United States District Court Judge