IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00062-D

| | |
|---|---|
| SEANTOYA HINTON, | ) |
| Plaintiff, | ) ORDER |
| V. | ) |
| THOMAS J. VILASACK, Secretary of the United States Department of Agriculture, | ) |
| Defendant. | ) |

This matter comes before the Court on the parties' Joint Motion to Stay.

For good cause shown, the motion is GRANTED.

It is ORDERED that this case is stayed until the parallel Merit Systems Protection Board matter is resolved. It is FURTHER ORDERED that the parties will file a Status Update by January 8, 2024, informing the Court of the status of the MSPB matter.

SO ORDERED. This 14 day of September 2023.

JAMES C. DEVER III
United States District Court Judge